ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 JAN 18 A 10: 47

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| MELVIN HARRIS, a/k/a MELVIN PARKS, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CV 316-086 |
| NATHAN DEAL, Governor;<br>HOMER BRYSON, Commissioner;<br>PHILLIP HALL, Warden;<br>and FRED GAMMAGE, Warden of Security, | )<br>)<br>)<br>) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate as the opinion of the Court and **DENIES** Plaintiff's motion for a preliminary injunction.

SO ORDERED this 18th day of January, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE