IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MELVIN HARRIS, a/k/a MELVIN PARKS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CV 316-086 ) |
| NATHAN DEAL, Governor; HOMER BRYSON, Commissioner; PHILLIP HALL, Warden; and FRED GAMMAGE, Warden of Security, | ) ) ) ) ) |
| Defendants. | ) |

**O R D E R**
_____

The Court **VACATES** its January 17th Order (doc. no. 14), and replaces it with a simultaneously issued Order and Report and Recommendation.

SO ORDERED this 6th day of February, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA