IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MELVIN HARRIS, a/k/a | ) | |
| MELVIN PARKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-086 |
| | ) | |
| NATHAN DEAL, Governor; | ) | |
| HOMER BRYSON, Commissioner; | ) | |
| PHILLIP HALL, Warden; | ) | |
| and FRED GAMMAGE, Warden of Security, | ) | |
| | ) | |
| Defendants. | ) | |

_____

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
_____

Plaintiff, an inmate incarcerated at Telfair State Prison in Helena, Georgia, commenced the above-captioned case pursuant to 42 U.S.C. § 1983 and is proceeding *pro se* and *in forma pauperis* ("IFP"). Before the Court is Plaintiff's "motion for class action lawsuit." (Doc. no. 13.) Plaintiff seeks to join his lawsuit with another inmate's lawsuit in a class action pursuant to Federal Rule of Civil Procedure 23, and argues the defendants in both cases are very similar. (See id.)

*Pro se* prisoner class action complaints are improper. Indeed, "[i]t is plain error to permit [an] imprisoned litigant who is unassisted by counsel to represent his fellow inmates in a class action." Wallace v. Smith, 145 F. App'x 300, 302 (11th Cir. 2005) (*per curiam*) (quoting Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir.1975)). Simply put, incarcerated *pro se*

litigants may not bring a class action on behalf of other prisoners.  See <u>Fymbo v. State Farm Fire</u> <u>& Cas. Co.</u>, 213 F.3d 1320, 1321 (10th Cir. 2000) (holding that a *pro se* litigant "cannot adequately represent [a] putative class").  Moreover, the Court finds that Plaintiff's conclusory, one-page motion for class certification does not in any way comply with the requirements of Fed R. Civ. P. 23.  Accordingly, the Court **REPORTS** and **RECOMMENDS** Plaintiff's motion for class certification be **DENIED**.  (Doc. no. 13.)

SO REPORTED AND RECOMMENDED this 6th day of February, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA