IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 MAR -1 PM 2: 10
CLERK M. akens
SO. DIST. OF GA.

MELVIN HARRIS, a/k/a )
MELVIN PARKS, )
)
    Plaintiff, )
)
v. ) CV 316-086
)
NATHAN DEAL, Governor; )
HOMER BRYSON, Commissioner; )
PHILLIP HALL, Warden; )
and FRED GAMMAGE, Warden of Security, )
)
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate as the opinion of the Court and **DENIES** Plaintiff's motion for class certification.

SO ORDERED this ___ day of ___March___, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE