ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 APR -4  PM 12: 33

CLERK M. ARINE
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MELVIN HARRIS, a/k/a MELVIN PARKS, <br><br> Plaintiff, <br><br> v. <br><br> NATHAN DEAL, Governor; <br> HOMER BRYSON, Commissioner; <br> PHILLIP HALL, Warden; <br> and FRED GAMMAGE, Warden of Security, <br><br> Defendants. | CV 316-086 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice under Loc. R. 41.1 for want of prosecution, and **CLOSES** this civil action.

SO ORDERED this 4th day of April, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE